*Royal Vilas et al.* v. *Timothy Jones et al.* S. STEVENS, for complainants ; J. EDWARDS, for defendants. Application to amend bill granted upon the terms and conditions specified. If complainants do not accept the terms, and stipulate accordingly, application denied with costs.

*William S. Wilson et al.* v. *Teunis Van Pelt et al.* L. H. SANDFORD, for appellants ; E. F. SMITH, for respondents. Order appealed from modified. Costs to abide the event ; and proceedings remitted.

*Stephen Mack et al.* v. *Robert J. Renwick et al.* A. H. DANA, for appellant; S. MACK, for respondents. Appeal from order of the vice chancellor disallowing exceptions to master's report on exceptions. Order appealed from, affirmed with costs.

*Same* v. *The Same.* Appeal as to injunction. Order of the vice chancellor modified ; and defendant, Rhinelander, permitted to have an order of reference to a master to inquire as to a suitable allowance for the support of Mrs. Renwick and her children. The costs of Mrs. Renwick and W. C. Rhinelander to be paid out of the estate. Costs of complainant to abide the event.

*Benajah Byington* v. *Gardner Lawrence et al. Ex'rs, &c.* J. R. LAWRENCE, for complainant ; G. LAWRENCE and S. STEVENS, for defendants. Order appealed from affirmed with costs ; and proceedings remitted.

*Gabriel F. Irving et al. Ex'rs, &c.* v. *George C. DeKay and wife.* S. STEVENS, for appellants, *Exparte.* Order appealed from affirmed, but without costs to respondents, as they did not appear upon the argument.